UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WILLIAM FANNING,** | ) | CIVIL ACTION NO.: |
| | ) | 3:05 CV-1202 (JCH) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **GOLD SYSTEMS, INC.** | ) | |
| | ) | |
| Defendant. | ) | NOVEMBER 9, 2005 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure, Rule 7.1, Defendant, Gold Systems, Inc. is a privately owned company, incorporated in the State of Delaware, and doing business under the laws of the State of Colorado.

Done at Bridgeport, Connecticut this 9th day of November, 2005.

/s/_____
Christopher M. Hodgson
Durant, Nichols, Houston, Hodgson &
Cortese-Costa, PC
1057 Broad Street
Bridgeport, CT  06604
Federal Bar No. ct00574
Telephone 203-366-3438
Facsimile 203-384-0317
Chodgson@durantnic.com

ATTORNEYS FOR DEFENDANT
GOLD SYSTEMS, INC.

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was served this 9th day of November, 2005 via electronic mail to the following counsel and *pro se* parties of record:

Anthony Carabba, Jr., Esq.
Carabba Locke, LLP
65 Broadway
New York, New York 10006

Anthony Rosato Minchella, Esq.
Anthony R. Minchella, LLC
530 Middlebury Road
Suite 203-204B
Middlebury, CT  06762
anthonyminchella@sbcglobal.net

/s/_____
Christopher M. Hodgson

P:\lit\CMH\371525\002\00049681.DOC

2