UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM FANNING, | : | |
| Plaintiff, | | |
| v. | : | CIVIL NO. 3:05CV1202 (VLB) |
| GOLD SYSTEMS, INC., | | |
| Defendant. | : | |

### ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before October 15, 2007.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before October 15, 2007.

The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7 (b).

So Ordered.

Dated at Hartford, Connecticut this 18th day of September, 2007.

/s/
Vanessa L. Bryant
United States District Judge