UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

WILLIAM FANNING,

                Plaintiff,

-against-

GOLD SYSTEMS, INC.,

                Defendant.

-----------------------------------------------------------X

CIVIL ACTION NO.:
3:05 CV-1202 (VLB)(TPS)

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action (the "Parties"), through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above-captioned action is dismissed in its entirety with prejudice. Each party shall bear his/its own respective costs, attorneys' fees, and disbursements.

DATED:  October 3, 2007

Agreed to on behalf of Plaintiff
William Fanning

CARABBA LOCKE LLP

By: _____
    Anthony Carabba, Jr.
    Connecticut Bar No. phv 0569

100 William Street, Suite 310
New York, New York 10038
(212) 430-6400

DATED:  October 15, 2007

Agreed to on behalf of Defendant
Gold Systems, Inc.

DURANT, NICHOLS, HOUSTON,
HODGSON & CORTESE-COSTA, PC

By: _____
    Christopher M. Hodgson (ct 00574)
    Rachel Volkman Kushel (ct 27143)

1057 Broad Street
Bridgeport, CT 06604
Telephone:  (203) 366-3438